IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| v. | NO.  21-261 |
| **BEHZAD SABAGH** *(Pretrial Release)* | |

**O R D E R**

**AND NOW**, this 15th day of December, 2021, upon consideration of the Defendant's Motion to Dismiss Counts One Through Ten of the Indictment (ECF No. 13), the Government's Response thereto (ECF No. 21), and the Defendant's Reply (ECF No. 22), it is **HEREBY ORDERED** that Defendant's Motion to Dismiss is **GRANTED IN PART** and **DENIED IN PART**.  It is **GRANTED** with respect to Count Ten which is **HEREBY DISMISSED**.  It is **DENIED** as to Counts One though Nine.

BY THE COURT:


*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**