IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-261-1 |
| | : | |
| BEHZAD SABAGH | : | |

## ORDER

**AND NOW**, this 18th day of April, 2023, upon consideration of Defendant's "Motion to Withdraw His Guilty Plea" (Docket No. 53), the Government's Response thereto, and the evidence submitted at our April 12, 2023 Hearing, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.